Below is an Order of the Court.

_____
TRISH M. BROWN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re                                  )
                                       )  Case No. _____
                                       )
                                       )
                                       )  CONFIRMATION HEARING DATE:_____
                                       )
                                       )  **ORDER CONFIRMING PLAN**
                                       )  **AND RESOLVING MOTIONS**
Debtor(s)                              )

  The debtor's plan having been provided to creditors and the Court having found that it complies with 11 USC § 1325, now, therefore IT IS ORDERED:

1. Debtor's plan (Docket # ____) is confirmed, and all relief requested in the plan is granted. All references to the plan are to the plan as modified by any amendment shown in ¶ 4 below.

2. Pursuant to 11 USC §522(f)(1), the following liens are avoided [listed alphabetically, and only one per line, including each creditor's name, service address, and lien type (e.g., judicial lien or non-purchase money security interest)]:

3.  Per the filed *Application for Compensation* (LBF 1305) and, if applicable, the *Fees and Expenses Itemization Through* _____ (LBF 1306), compensation to debtor's counsel of attorney fees of $_____ and expenses of $_____, of which $ _____ has been paid, leaving $_____ to be paid as funds become available per plan ¶ 4(c).

4. Debtor has moved to amend the plan by interlineation as follows, which amendments are allowed and become part of the confirmed plan:

5.  The terms of this order are subject to any objection filed within 21 days by [listed alphabetically, and only one per line, including each creditor's name, service address]:

Additional Provisions, if any:

### ###

*I certify that on _____ I provided this Order to the Trustee for submission to the court.*

_____
Debtor or Debtor's Attorney

Approved: _____
   Wayne Godare,   *Trustee*

**ORDER CONFIRMING PLAN**
**AND RESOLVING MOTIONS**
Page -3-

RE: Jammy Scott Rimmer
Melanie Jeanette Rimmer

Case No. 18-30806-tmb13

Paragraph 4 (cont.)

    Add ¶16: "Debtor(s) must also pay to the Trustee any additional amounts necessary to enable the Trustee to pay in full all claims entitled to priority under 11 U.S.C. section 507, unless the holder of a particular claim agrees to different treatment of the claim".