UNITED STATES BANKRUPTCY COURT
District of Oregon

In re )
**Jammy Scott Rimmer and Melanie Jeanette Rimmer** )
)
)  Case No. **18-30806-tmb13**
Debtor(s) )
)  RECORD OF PROCEEDING
**U.S. Bank Trust Natl Assoc** )
Moving Party )  Judge: **Trish M Brown**
)
**Jammy Scott Rimmer** )  Docket # of Motion 28
**Melanie Jeanette Rimmer** )
Responding Party )  DATE OF HEARING: **08/20/2019**

**M. Myers** ~~SCOTT D CRAWFORD~~ ____ no appearance  ✓ **REX K DAINES** ____ no appearance
Attorney for Moving Party                                  Attorney for Responding Party

____ Attorney represents agreement by opposing attorney.
____ Oral stipulation approved.   ✓ Written stipulation (to be) filed.
____ Order based on oral stipulation to be lodged.

____ Hearing is continued to _____ at _____ in _____ or ___ telephone hearing for:

   ____ Continued preliminary hearing ____ final hearing ____ stay remains in effect.
   ____ Date and time set, or to be set, for hearing on confirmation of Chapter 13 plan.
   ____ The Court finds that delay of over 30 days is necessary to accommodate current schedule.
   ____ Movant waives 30 day rule.
   ✓ Noticed in Court.  ____ Send notice
✓ Off calendar; may be reset at request of either party/Movant only (30 day rule waived).

____ The Motion is denied.
____ The Motion is granted, and ____ Stay terminates forthwith/on _____.

   ____ No foreclosure sale before _____.
____ Movant may submit an order regarding termination of stay/on _____ days written notice of default to debtor and debtor's counsel in the event that:
   ____ All (post-petition) arrears in payments due to the Movant/Trustee/both are not brought current within _____ days of the date of this hearing.
   ____ Debtor fails to pay, when due, payments to the Movant/Trustee/either.
   ____ Debtor fails to maintain insurance on the collateral as required by the security agreement.
   ____ Debtor fails to file modified plan of reorganization within _____ days of the date of this hearing.
   ____ Debtor's Plan/modified plan of reorganization is denied confirmation.
   ____ OTHER: _____

____ Parties agree to extend 60 day time period of 11 U.S.C. §362(e)(2)(B) ____ Yes ____ No.
   If NO, findings: _____

__ OTHER: _____

### ISSUES TO BE TRIED

____ Is Cure Proposal Realistic?   ____ Amount of arrears   ____ Valuation   ____ Adequate Protection

____ Other(specify) _____